UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS AT HOUSTON

| | |
|---|---|
| MICHELE L. HONDROS,<br><br>      Plaintiff,<br><br>   v.<br><br>MICROSOFT CORPORATION, ET AL.,<br><br>      Defendants. | Case No.<br><br>**NOTICE OF REMOVAL** |

Defendant Microsoft Corporation ("Microsoft") hereby files this Notice of Removal ("Notice") to this Court the Texas State action described below, currently pending in the 11th Judicial District Court of Harris County, Texas.

### I.   NATURE OF THE CASE

1. Plaintiff Michele L. Hondros ("Plaintiff") filed this lawsuit in the 11th Judicial District Court of Harris County District Court in Houston, Texas on November 15, 2022, under the name and style of *Michele L. Hondros v. Microsoft, et al.*, Case No. 2022-75235. A true and correct copy of Plaintiff's Original Petition ("Petition") filed in state court is attached hereto as **Exhibit A**.

2. Plaintiff alleges that Microsoft and Alphabet, Inc. have been conducting unlawful surveillance and eavesdropping, among other claims, through her computer and android phone.

*See generally,* Ex. A., Petition. She claims that she has been sent a series of emails which were alarming and terrifying in nature. *Id.* She claims she has suffered damages as a result of these events, including severe emotional distress. *Id.*

3. Based on these allegations, Plaintiff initiated this matter by filing her Petition against Defendant Microsoft in State Court in Harris County, Texas, on November 15, 2022. *See generally,* Ex. A., Petition.

4. The Petition alleges claims for negligence, gross negligence, and unlawful search and seizure pursuant to the U.S. Constitution, amend. IV and the Texas Constitution, Texas Deceptive Trade Practices-Consumer Protection Act, cyber intrusion, intentional infliction of emotional distress, Texas Penal Code, Title 7, Ch. 33.01, *et seq.,* unlawful eavesdropping and surveillance. *See* Ex. A, Petition at pp. 8-12.

5. Defendant Microsoft was served with a copy of the Petition and citation on February 10, 2023. *See* Microsoft Notice of Service of Process, attached as **Exhibit B**.

## II.  SUBJECT MATTER JURISDICTION

6. Microsoft exercises its rights under 28 U.S.C. §§ 1332 and 1441 to remove this case from the Harris County District Court, State of Texas to this Court. This Court has original jurisdiction over the underlying state court action under 28 U.S.C. § 1332. This action may be removed to this Court by Microsoft pursuant to 28 U.S.C. § 1441 because there exists complete diversity between the parties and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

### A.  There is complete diversity between Plaintiff and Microsoft.

7. Plaintiff is a resident and citizen of the State of Texas. See Ex. A, Petition at p. 1.

8. A corporation is a citizen of both the state in which it was incorporated and of the state where its principal place of business is. 28 U.S.C. § 1332(c)(1). Microsoft is a Washington Corporation organized under the laws of the State of Washington. Microsoft's principal place of

business is in the State of Washington. For the purposes of diversity of citizenship under 28 U.S.C. § 1332, Microsoft is a citizen of Washington, not a citizen of the State of Texas.

9. Alphabet, Inc. is a Delaware Corporation organized under the laws of Delaware. Alphabet, Inc.'s principal place of business is in the State of California. For the purposes of diversity of citizenship under 28 U.S.C. § 1332, Alphabet is a citizen of Delaware and California, not a citizen of the State of Texas.

10. Accordingly, there is complete diversity of citizenship between the parties for the purposes of federal jurisdiction under 28 U.S.C. § 1332.

**B.   The Amount in Controversy Exceeds $75,000.**

11. The amount in controversy in this matter, excluding interests and costs, far exceeds the minimum statutory amount of $75,000. Plaintiff's Petition specifically and expressly seeks damages for "her actual damages in the sum of TWO MILLION AND ZERO ONE-HUNDREDS DOLLARS; and that the Plaintiff be granted punitive damages in the sum of FIVE HUNDRED MILLION & ZERO ONE-HUNDREDS DOLLARS" exclusive of costs, interest, and fees. Ex. A, Petition at p. 13.

12. Because there is complete diversity and the amount in controversy greatly exceeds $75, 000, this action is removable on its face due to diversity jurisdiction pursuant to 28 U.S.C. § 1332.

### III.   REMOVAL IS TIMELY

13. This Notice is timely filed under 28 U.S.C. § 1446(b) and (c). Microsoft was served with the Petition on or about February 10, 2023 and this Notice is being filed within thirty (30) days of service.[1] *See Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 347-48 (1999); *Decatur Hosp. Auth. v. Aetna Health, Inc.*, 854 F.3d 292, 297 (5th Cir. 2017) (30-day

---

[1] Thirty days after February 10, 2023 is Sunday, March 12, 2023 and so therefore the deadline would fall on the Monday, March 13, 2023.

period referenced in 28 U.S.C. § 1446(b)(1) begins running when defendant is formally served with process); *See* Ex. B, Notice of Service of Process.

14. In accordance with 28 U.S.C. § 1446(b) and (c) and LR81, Microsoft has attached the following exhibits to the Notice of Removal:

**Index of Matters Being Filed:**

**Exhibit A**   Plaintiff's Original Petition

**Exhibit B**   Notice of Service of Process on Microsoft Corporation

**Exhibit C**   Index of Documents being filed with Notice of Removal

**Exhibit D**   Civil Process Request Form and Associated Documents re Alphabet, Inc.

**Exhibit E**   Docket Sheet re Harris County Case No. 2022-75235

**Exhibit F**   Roster of Attorneys

### IV.   OTHER PROCEDURAL REQUIREMENTS ARE SATISFIED

15. Pursuant to 28 U.S.C. § 1446(a) and LR81, a complete and executed Civil Cover Sheet accompanies this filing as well as a Verification of State Court Records, which includes copies of all pleadings and documents from the District Court proceeding, besides the Petition, including all executed process in the case, pleadings, all orders signed by the judge, if any, the docket sheet, if any, and a list of all counsel of record with addresses, telephone numbers and parties represented. *See* LR81. In accordance with LR81, counsel for Microsoft hereby verifies that the foregoing exhibits filed herewith, and the documents attached to the Verification of State Court Records are true and complete copies.

16. As required by 28 U.S.C. § 1446(d), Microsoft today served Plaintiff, through the Clerk for the Harris County District Court, State of Texas, with copies of this Notice of Removal and via U.S. Mail.

17. Microsoft has therefore satisfied the requirements for removal under 28 U.S.C. § 1441 *et seq.*, and all applicable rules.

## V. NO WAIVER OF DEFENSES

18. By filing this Notice of Removal, Microsoft does not waive, but to the contrary expressly preserves, any and all defenses and/or contractual rights which may be available to it in this matter, including but not limited to, the right to compel arbitration, defenses based on lack of personal jurisdiction, improper service of process, improper venue, lack of subject matter jurisdiction, the running of any applicable statutes of limitation and/or the failure to state a valid claim.

## VI. CONCLUSION

For all of the foregoing reasons, Microsoft removes this case from the 11th Judicial District of Harris County District Court, Houston, Texas, where it is now pending, to this Court. Microsoft respectfully requests that this Court assume jurisdiction over this matter to the exclusion of any further proceedings in state court and place this action upon the docket of this Court, same as though this case had originally been filed in this Court.

DATED this 3rd day of March, 2023.

FOX ROTHSCHILD LLP

*s/Adam T. Hamilton*
Adam T. Hamilton, Texas State Bar No. 24087655
Saint Ann Court
2501 N. Harwood Street, Suite 1800
Dallas, TX 75201
Tel.:   972.991.0889 / Fax: 972.404.0516
Email:   ahamilton@foxrothschild.com

Cornelia Brandfield-Harvey, Texas State Bar No. 24103540
Federal Bar No. 3323190
W. Ward Morrison, Jr., Washington State Bar No. 18999
*Attorney-In-Charge* (*pro hac vice* pending)
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
Tel.:   206.624.3600 / Fax: 206.389.1708
Email:   cbrandfield-harvey@foxrothschild.com
              wmorrison@foxrothschild.com

*Attorneys for Microsoft Corporation*

# CERTIFICATE OF SERVICE

I hereby certify that on the date written below, I caused a true and correct copy of the foregoing to be delivered to the following party in the manner indicated:

| **Service List** | |
|---|---|
| Michele L. Hondros<br>1311 Antigua Lane<br>Houston, Texas 77058<br>Email: mlhondros@hotmail.com<br><br>*Plaintiff (Pro se)* | ☒ Via US Mail<br>☐ Via Messenger<br>☒ Via CM/ECF / Email<br>☐ Via over-night delivery |

DATED this 3rd day of March, 2023.

           *s/Adam T. Hamilton*