United States District Court
Southern District of Texas
**ENTERED**
October 23, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHELE L. HONDROS, *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION NO. 4:23-CV-799 |
| MICROSOFT CORPORATION, *Defendant*. | § § § | |

## FINAL JUDGMENT

For the reasons stated in the Court's October 23, 2023, Memorandum and Order, the Court hereby grants Microsoft Corporation's Motion to Dismiss and dismisses all claims with prejudice and without leave to amend. Since the same deficiencies apply to the other defendant, and because they have not been served, the entire complaint is dismissed. This is a final judgment.

SIGNED this 23rd day of October 2023.

Andrew S. Hanen
United States District Judge